# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHANIE CLARK,<br><br>        Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 3:23-cv-06459-TLT<br><br>~~(PROPOSED)~~ **ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>[Filed concurrently with Stipulation to Dismiss Action With Prejudice]<br><br>Judge: Hon. Trina L. Thompson |

Pursuant to the parties' Stipulation to Dismiss Action With Prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED that this matter is dismissed in its entirety, against all parties, with prejudice. Each party is to bear their own attorneys' fees and costs.

Dated: May 7, 2024 _____

_____
Hon. Trina L. Thompson
United States District Judge